CHEMICAL DISTRIBUTORS, INC., Respondent, v LEKEM, INC., Appellant. [638 NYS2d 568] —Order and judgment unanimously reversed on the law without costs and motion denied. Memorandum: Defendant interposed a valid counterclaim for breach of the underlying sales agreement. Thus, Supreme Court erred in granting plaintiff partial summary judgment for the amount allegedly due on goods sold and delivered *(see, Created Gemstones v Union Carbide Corp.,* 47 NY2d 250, 255). There was no statutory or contractual basis for the court's award of attorney's fees to plaintiff *(see, Locascio v James V. Aquavella, M.D., P. C.,* 185 AD2d 689), nor is there a basis in

the record for a discretionary award of attorney's fees to plaintiff as a sanction for frivolous conduct by defendant. (Appeal from Order and Judgment of Supreme Court, Erie County, Sconiers, J.—Summary Judgment.) Present—Pine, J. P., Fallon, Wesley, Doerr and Davis, JJ.